UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BETHEL JONES,

                       Petitioner,

  -against-

ROBERT K. WOODS,

                       Respondent.
------------------------------------------------------------X

JUDGMENT
07-CV-1326 (CBA)

      A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on December 18, 2009, denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability shall not issue; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
         December 21, 2009

/S/
_____
ROBERT C. HEINEMANN
Clerk of Court